■ In the Matter of DAVID L. RABIN (Admitted as DAVID LEONARD RABIN), a Suspended Attorney. [739 NYS2d 815] —Peti-

tion for reinstatement referred to the Departmental Disciplinary Committee, as indicated. No opinion. Concur—Williams, J.P., Andrias, Sullivan, Ellerin and Wallach, JJ.